IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MICHAEL ANDERSON, #31013                                              PLAINTIFF

VERSUS                                              CIVIL ACTION NO. 3:09-cv-278-DPJ-JCS

UNKNOWN BRUMFIELD, et al.                                         DEFENDANTS

FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

ORDERED AND ADJUDGED that this cause be dismissed, without prejudice, for failure to comply with the orders of this Court.

**SO ORDERED AND ADJUDGED** this the 10th day of September, 2009.

                                                       s/ *Daniel P. Jordan III*
                                                       UNITED STATES DISTRICT JUDGE